■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN SMILEY, Appellant. [901 NYS2d 520]—Appeal from judgment of resentence, Supreme Court, New York County (Gregory Carro, J.), rendered October 27, 2008, as amended November 19, 2008, resentencing defendant to a term of seven years, with five years' postrelease supervision, unanimously dismissed as moot, in that Supreme Court has granted defendant's motion to

set aside the resentence. Concur—Friedman, J.P., Nardelli, Moskowitz, Freedman and Manzanet-Daniels, JJ.

Motion to dismiss appeal as moot granted.